185 So.2d 219

**Ignatius J. BARRECA, Individually and on Behalf of His Minor Daughter, Josephine Ann Barreca,**

v.

**UNITED STATES FIRE INSURANCE CO. et al.**

No. 48102.

May 2, 1966.

In re: Joseph A. Barreca and United States Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 182 So.2d 138.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

185 So.2d 220

**Jeanne KING**

v.

**VICO INSURANCE COMPANY OF ST. LOUIS.**

No. 48103.

May 2, 1966.

In re: Jeanne King applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 182 So.2d 135.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.